## DIVIDENDS REMITTED TO THE COURT

Case Number 09-36783 - WESSELS, MICHAEL

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Recovery Management Systems Corporation<br>For GE Money Bank<br>dba LINENS N THINGS<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | 000008 | 157.22 | 4.84 |
| ---------- Remittance Total ---------------- | | 157.22 | 4.84 |

Michael A. Mason, Trustee